COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 USC 1983

Name: STARR, SHANNON L.
(LAST)     (FIRST)   (MIDDLE INITIAL)

Prisoner Number: ALJ-123

Institution Address: 5325 Broder Blvd., Dublin, CA 94568

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Shannon Lee Starr
PLAINTIFF
vs.
Highland Hospital, also known as Alameda Health System,
Alameda County Sheriff's Office,
Corizon Health Inc.,
California Forensic Medical Group
And Does 1 thru 50
DEFENDANTS

Case No.# 16 7168

COMPLAINT UNDER THE CIVIL RIGHTS ACT 42 U.S.C. 1983

DEMAND FOR JURY TRIAL

I. EXHAUSTION OF ADMINISTRATIVE REMEDIES.

A. Place of Present Confinement _____

B. Is there a grievance procedure in this institution? Yes ☒ No ☐

C. If so, did you present the facts in your complaint for review through the grievance procedure? Yes ☒ No ☐

D. If your answer is yes, list the appeal number and the date and of the appeal at each level of review.

1. Informal appeal Date filed: 10/5/2016. Tracking No.# 16-1649 Result: Denied. Date: 10/19/2016

(Page 1)

2. First formal level: _See No. #1._

3. Second formal level: _Date filed: 10/20/2016. Tracking No. #16-1649. Result: Denied. Date: 10/27/2016_

4. Third formal level: _____

E. Is the last level to which you appealed the highest level of appeal available to you?

   YES ☑    NO ☐

F. If you did not present your claim for review through the grievance procedure, explain why.
   _N/A_

## II. Parties.

A. Write your name and present address. Do the same for additional plaintiffs, if any.
_Shannon Lee Starr, ALJ-123_
_5325 Broder Blvd., H.U. 1-A-1_
_Dublin, CA 94568_

B. For each defendant, provide full name, official position and place of employment.
_Highland Hospital, AKA, Alameda Health System, And Does 1-10_
_1411 E. 31st Street, Oakland, CA 94602_
_Alameda County Sheriff's Office, Santa Rita Jail, 5325 Broder Blvd., Dublin, CA 94568, And Does 11 thru 20._
_Corizon Health Inc, Formally: 5325 Broder Blvd., Dublin, CA 94568 Current H.Q. Address: Unknown. And Does 21 thru 30_
_California Forensic Medical Group: 5325 Broder Blvd, Dublin, CA 94568 Current H.Q. Address: Unknown. And Does 31 thru 40._

## III. Statement of Claim.

State briefly the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

Plaintiff, a pretrial detainee, was diagnosed in late 2014, early 2015, with an abdominal hernia. After getting a court order, plaintiff was finally taken to Highland Hospital for operation on 10/4/2016. As plaintiff was lying on gurney awaiting IV, surgery was called off by Highland Hospital due to discrepancy of plaintiff's name; a clerical error caused by Alameda County Sheriff's Office. Plaintiff filed a grievance on denial of surgery, and it was denied, despite excruciating pain. Paragraph #2. Plaintiff is confined to wheelchair due to gunshot wound, and is in constant, excruciating neck, back & leg pain. From January 2016 to July 2016, Corizon Health medical staff repeatedly delayed and/or out right refused to provide plaintiff with his doctor prescribed Norco 10 mg. pain medication. Paragraph #3. California Forensic Medical Group agreed with the A.C.S.O. denial of my grievance, and Highland's denial of surgery.

## IV. Relief.

Your complaint must include a request for specific relief. State briefly exactly what you want the court to do for you. Do not make legal arguments and do not cite any cases or statutes.

Plaintiff is asking the court to award him $1 Million dollars against each of the defendants for violating the plaintiff's rights. And award $2 Million against each defendant for the plaintiff's pain and suffering, and any additional relief that the court deems appropriate, for delay in pending SVP civil trial.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: 12/6/2016                Shannon Lee Starr
                Date                        Signature of Plaintiff

PRISONER COMPLAINT (rev. 8/2015)
Page 3 of 3

JS 44 (Rev. 12/12) cand rev (1/15/13)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS** SHANNON LEE STARR

**DEFENDANTS** Alameda County Sheriff's Office; Alameda Health System, AKA Highland Hospital, et al; California Forensic Medical Group, et Al., Does 1-10

**(b)** County of Residence of First Listed Plaintiff  ALAMEDA
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  ALAMEDA
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)* IN PRO PER

Attorneys *(If Known)*

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☐ 2  U.S. Government Defendant
- ☐ 3  Federal Question (U.S. Government Not a Party)
- ☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*

CONTRACT:
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

TORTS — PERSONAL INJURY:
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

PERSONAL INJURY:
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY:
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

FORFEITURE/PENALTY:
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

LABOR:
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

BANKRUPTCY:
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

PROPERTY RIGHTS:
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

SOCIAL SECURITY:
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

FEDERAL TAX SUITS:
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

OTHER STATUTES:
- ☐ 375 False Claims Act
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

REAL PROPERTY:
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

CIVIL RIGHTS:
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

PRISONER PETITIONS — Habeas Corpus:
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty

Other:
- ☐ 540 Mandamus & Other
- ☒ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

IMMIGRATION:
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**V. ORIGIN** *(Place an "X" in One Box Only)*

- ☒ 1  Original Proceeding
- ☐ 2  Removed from State Court
- ☐ 3  Remanded from Appellate Court
- ☐ 4  Reinstated or Reopened
- ☐ 5  Transferred from Another District *(specify)*
- ☐ 6  Multidistrict Litigation

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 USC 1983
Brief description of cause:
Denied Needed Medical Operation of a Pre-trial detainee; Cruel & Unusual Punishment

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY**
*(See instructions:)*
JUDGE _____  DOCKET NUMBER _____

DATE _____   SIGNATURE OF ATTORNEY OF RECORD _____

**IX. DIVISIONAL ASSIGNMENT (Civil L.R. 3-2)**
*(Place an "X" in One Box Only)*
☐ SAN FRANCISCO/OAKLAND   ☐ SAN JOSE   ☐ EUREKA