UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON LEE STARR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HIGHLAND HOSPITAL, et al.,<br><br>　　　　Defendants. | Case No. 16-cv-07168-EMC<br><br>**ORDER OF DISMISSAL** |

Shannon Lee Starr filed a *pro se* civil rights complaint under 42 U.S.C. § 1983. The Court dismissed the complaint with leave to amend because it failed to state a claim upon which relief could be granted against any defendant. The Court explained the deficiencies in the complaint, ordered Mr. Starr to file an amended complaint no later than May 26, 2017, and warned that the failure to file the amended complaint by the deadline would result in the dismissal of the action. The Court twice extended the deadline for the amended complaint, most recently requiring an amended complaint to be filed no later than October 6, 2017. Mr. Starr failed to file an amended complaint and the deadline by which to do so has long passed. Accordingly, this action is dismissed for failure to state a claim upon which relief may be granted against a defendant. The Clerk shall close the file.

**IT IS SO ORDERED**.

Dated: January 9, 2018

_____
EDWARD M. CHEN
United States District Judge