UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON LEE STARR, <br> Plaintiff, <br> v. <br> HIGHLAND HOSPITAL, et al., <br> Defendants. | Case No. 16-cv-07168-EMC <br><br> **JUDGMENT** |

This action is dismissed for failure to state a claim upon which relief may be granted against a defendant.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: January 9, 2018

_____
EDWARD M. CHEN
United States District Judge